IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00081-AP

PAMELA BANDKOWSKI,

       Plaintiff,

  v.

JO ANNE B. BARNHART, Commissioner of Social Security

       Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

                                                      For Plaintiff:
                                                      Greg R. Remmenga
                                                      2478  F  Road  #22
                                                      Grand Junction, CO 81505
                                                      (970) 263-4734
                                                      (970) 241-9476 (fax)
                                                      E-mail: grrem@aol.com

                                                      For Defendant:
                                                      Teresa H. Abbott
                                                      Special Assistant United States Attorney

                                                      *Mailing Address:*
                                                      *1961 Stout Street, Suite 1001A*
                                                      *Denver, Colorado  80294*
                                                      E-mail: Teresa.Abbott@ssa.gov

                                                      *Street Address:*
                                                      1225 Seventeenth Street, Suite 700
                                                      Denver, Colorado 80202
                                                      (303) 454-0100
                                                      (303) 454-0404 (fax)

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

    **A.    Date Complaint Was Filed:**    January 18, 2006

    **B.    Date Complaint Was Served on U.S. Attorney's Office:**    March 7, 2006

    **C.    Date Answer and Administrative Record Were Filed**:  May 8, 2006

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties state that the record is complete.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties state that there is no additional evidence.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case raises no unusual claims or defenses.

**7.    OTHER MATTERS**

None.

**8.    PROPOSED BRIEFING SCHEDULE**

    **A.    Plaintiff's Opening Brief Due:**   July 14, 2006

    **B.    Defendant's  Response Brief Due:**   August 14, 2006

    **C.    Plaintiff's  Reply Brief (If Any) Due:** September 13, 2006

## 9. STATEMENTS REGARDING ORAL ARGUMENT

    A.    Plaintiff's Statement:  Plaintiff does not request oral argument.

    B.    Defendant's Statement:  Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice.*

    A.    **( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    **(X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 19th day of June, 2006.

                        BY THE COURT:

                        S/John L. Kane
                        U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Greg R. Remmenga | WILLIAM J. LEONE |
| Greg R. Remmenga | UNITED STATES ATTORNEY |
| 2478  F  Road  #22 | |
| Grand Junction, CO 81505 | s/ Kurt J. Bohn |
| (970) 263-4734 | KURT J. BOHN |
|  grrem@aol.com | |
| | Assistant U.S. Attorney |
| Attorney for Plaintiff | 1225 Seventeenth Street, Suite 700 |
| | 17th Street Plaza |
| | Denver, Colorado 80202 |
| | Telephone: (303) 454-0100 |
| | kurt.bohn@usdoj.gov |
| | |
| | s/ Teresa H. Abbott |
| | By: Teresa H. Abbott |
| | Special Assistant U.S. Attorney |
| | teresa.abbott@ssa.gov |
| | |
| | *Mailing Address:* |
| | 1961 Stout St., Suite 1001A |
| | Denver, Colorado  80294 |
| | |
| | *Street Address:* |
| | United States Attorney's Office |
| | 1225 Seventeenth Street, Suite 700 |
| | Denver, Colorado  80202 |
| | Telephone:  (303) 454-0100 |
| | |
| | Attorney for Defendant |